UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANGELA McDAY,

       Plaintiff,

                                            File No. 1:09-cv-1085

v.

                                            HON. ROBERT HOLMES BELL

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On March 14, 2011, Magistrate Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that the Commissioner of Social Security be affirmed. (Dkt. No. 14.) No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the March 14, 2011, R&R (Dkt. No. 14) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Commissioner of Social Security's decision is **AFFIRMED**.

Dated: March 29, 2011                   /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    UNITED STATES DISTRICT JUDGE